United States District Court
for the District of New Jersey

_____

**JENNIFER L. KASILAG, ET AL.**

Civ. No. 11-1083

Plaintiff

vs.   Order of Reallocation and Reassignment

**HARTFORD INVESTMENT FINANCIAL SERVICES, LLC**

Defendant
_____

It is on this 25th day of March 2011,

O R D E R E D that the entitled action is reallocated from Newark to Camden and reassigned from Judge Dennis M. Cavanaugh to Judge Renee Marie Bumb.

S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court