Anthony J. Sylvester
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendant
Hartford Investment Financial Services, LLC

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 11-cv-01083(RMB)<br><br>WITHDRAWAL OF COUNSEL |

TO:   CLERK OF THE COURT

ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Janna J. Hansen of Ropes & Gray LLP hereby withdraws as *pro hac vice* counsel for defendant Hartford Investment Financial Services, LLC in the above-captioned action. Harvey J. Wolkoff, Robert A. Skinner, and Allison M. Boscarine of Ropes & Gray LLP remain *pro hac vice* counsel for defendant Hartford Investment Financial Services, LLC. Anthony J. Sylvester of Riker, Danzig, Scherer, Hyland & Perretti LLP remains counsel for defendant Hartford Investment Financial Services, LLC.

Dated:  August 17, 2011

By:/s/Anthony J. Sylvester
Anthony J. Sylvester

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2011 a copy of the Withdrawal of Counsel was served via ECF upon all counsel of record.

By: /s/Anthony J. Sylvester
Anthony J. Sylvester

DATED:   August 17, 2011

4025806