UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | September 8, 2011 |
| **COURT REPORTER:  TED FORMAROLI** | |
| | **Docket #**  11-1083(RMB/AMD) |

**TITLE OF CASE:**

KASILAG, ET AL VS. HARTFORD INVESTMENT FINANCIAL SERVICES, LLC

**APPEARANCES:**

Arnold C. Lakind, Esquire, Melissa L. Stewart, Esquire and Danielle Disporto, Esquire for plaintiffs
Anthony C. Valenziano, Esquire, Robert A. Skinner, Esquire and Allison M. Boscarine, Esquire for defendant

**NATURE OF PROCEEDINGS:**

Hearing on [10] motion to Dismiss by defendant.
Ordered motion granted in part and denied in part.
Ordered plaintiff leave to amend by 11/14/11.
Order to be entered.

| | |
|---|---|
| Time commenced: 10:00a.m. | Time Adjourned: 1:20p.m. |
| | Total 1 Hour and 40 Minutes |
| | s/ *Arthur Roney* |
| | DEPUTY CLERK |

**cc: Chambers**