RIKER DANZIG SCHERER HYLAND PERETTI LLP
By:     Anthony J. Sylvester
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800 (tel)
(973) 538-1984 (fax)
asylvester@RIKER.com

ROPES & GRAY LLP
By:     Harvey J. Wolkoff
        Robert A. Skinner
        Allison M. Boscarine
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000

*Attorneys for Defendant Hartford Investment Financial Services, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, et al., <br><br> Plaintiffs, <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Civil Action No. 11-cv-1083 (RMB) (AMD) <br><br> **NOTICE OF MOTION TO DISMISS** <br> **SECOND AMENDED COMPLAINT** <br><br> Motion Date: May 7, 2012 <br> Oral Argument Requested <br> Document Filed Electronically |

To: ALL COUNSEL

**PLEASE TAKE NOTICE** that on May 7, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Hartford Investment Financial Services, LLC ("HIFSCO"), shall move, by and through the undersigned attorneys, before the Honorable Renée Marie Bumb,

U.S.D.J., at the Mitchell H. Cohen United States Courthouse, 4th and Cooper Streets, Room 1050, Camden, New Jersey 08101, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Second Amended Complaint in part with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, HIFSCO shall rely upon the accompanying Memorandum of Law, Certification of Robert A. Skinner, Esq. and any papers it submits in reply to any opposition filed by Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that HIFSCO requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that HIFSCO submits herewith a proposed form of Order.

Dated: January 17, 2012

Respectfully submitted,

**RIKER DANZIG SCHERER HYLAND PERETTI LLP**
Anthony J. Sylvester
*/s/* Anthony J. Sylvester
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800 (tel)
(973) 538-1984 (fax)
asylvester@RIKER.com

*Attorney for Defendant*
*Hartford Investment Financial Services, LLC*

Of Counsel:
**ROPES & GRAY LLP**
Harvey J. Wolkoff
Robert A. Skinner
Allison M. Boscarine
Prudential Tower
800 Boylston Street
Boston, MA 02199
harvey.wolkoff@ropesgray.com
robert.skinner@ropesgray.com
allison.boscarine@ropesgray.com

*Attorneys for Defendant*
*Hartford Investment Financial Services, LLC*