UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, LINDA A. RUSSELL, AND DENNIS RUSSELL, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD GLOBAL HEALTH FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, HARTFORD ADVISERS FUND, AND THE HARTFORD CAPITAL APPRECIATION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Case No. 1:11-cv-01083-RMB KMW |

**JOINT STIPULATION AND CONSENT ORDER TO EXTEND TIME FOR (A) PLAINTIFFS TO FILE THEIR BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND (B) DEFENDANT TO FILE ITS REPLY BRIEF TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as follows:

1. On November 14, 2012, Plaintiffs filed their Second Amended Complaint;

2. On January 17, 2012, Defendant will file its Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion to Dismiss");

3. Given the complexities of this case, the parties agree that Plaintiffs' time to file their Brief in Opposition to the Defendant's Motion to Dismiss ("Opposition Brief") should be extended until March 21, 2012, which provides Plaintiffs with the same

amount of time to draft their Opposition Brief, as was provided to the Defendant in the drafting of its Motion to Dismiss;

4. Further, the parties also agree that the Defendant's time to file its Reply Brief to Plaintiffs' Opposition Brief should be extended until April 20, 2012; and

5. As a consequence of this agreed upon amended briefing schedule, the return date for Defendant's Motion to Dismiss is May 7, 2012.

The Parties respectfully request that this Court enter this Stipulation as an Order.

Dated: January 17, 2012

Plaintiffs

By Their Attorney:

Robert Lakind
Szaferman, Lakind,
Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Phone: 609-275-0400

Levy Phillips & Konigsberg, LLP
800 Third Avenue, 11th Floor
New York, NY 10022
Telephone: 212-605-6200
Counsel for Plaintiffs

Defendant

By Its Attorney:

Anthony Sylvester
Riker, Danzig, Scherer,
Hyland & Perretti, LLP
One Speedwell Drive
Morristown, NJ 07926
Phone: 973-538-0800

Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-951-7000
Counsel for Defendant

Date: January 18, 2012

SO ORDERED

RENEE MARIE BUMB, U.S.D.J.

FURTHER ORDERED, in light of the extended briefing schedule, the Clerk of the Court shall administratively terminate the pending motion to dismiss [Docket 37] and reinstate such motion on May 7, 2012.