[Dkt. Ent. 37]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

### CAMDEN VICINAGE

JENNIFER KASILAG, et al.,

        Plaintiffs,

       v.

HARTFORD INVESTMENT FINANCIAL
SERVICES, LLC,

        Defendant.

Civil No. 11-1083 (RMB/KMW)

**ORDER**

    THIS MATTER coming before the Court upon a motion to dismiss the Second Amended Complaint by the defendant Hartford Investment Financial Services, LLC ("HIFSCO") [Dkt. Ent. 37]; and

    THE COURT having considered both parties' papers and all accompanying materials; and

    FOR THE REASONS set forth in the Opinion issued herewith;

    IT IS HEREBY **ORDERED** that HIFSCO's motion to dismiss is DENIED as to Count One and GRANTED as to Count Two.

Dated: December 17, 2012       s/Renée Marie Bumb

                         RENÉE MARIE BUMB
                         United States District Judge

1