IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JENNIFER KASILAG, et al., <br><br> Plaintiffs, <br> v. <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Civil No. 11-1083-RMB-KMW |

### SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **November 6, 2013**; and the Court noting the following appearances: Arnold Lakind, Esquire, Andrew W. Robertson, Esquire, and Mark A. Fisher, Esquire, all appearing on behalf of the plaintiffs; and Robert Skinner, Esquire, and Amy D. Roy, Esquire, both appearing on behalf of the defendants,

IT IS this **6th** day of **November, 2013**, hereby **ORDERED**:

1. With respect to the three remaining outstanding issues related to predictive coding – (1) the search terms to be utilized, (2) who will be designated as custodians of discoverable information, and (3) level of involvement of plaintiffs' counsel in "training" the predictive coding program –

   - Defendant shall submit its position to the Court on or before **November 14, 2013.**
   - Plaintiffs shall respond to same by **November 21, 2013.**

2. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

```
                                    s/ Karen M. Williams
                                    KAREN M. WILLIAMS
                                    United States Magistrate Judge
```

cc: Hon. Renée M. Bumb