IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JENNIFER KASILAG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Civil No. 11-1083-RMB-KMW |
| JENNIFER KASILAG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br><br> Defendant. | Civil No. 14-1611-RMB-KMW |

**AMENDED SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **September 5, 2014**; and the Court noting the following appearances: Andrew W. Robertson, Esquire, appearing on behalf of the plaintiffs; and Robert C. Hora, Esquire, appearing on behalf of the defendant; and for good cause shown,

IT IS this **5th** day of **September**, **2014**, hereby **ORDERED**:

1. **The dates set forth in the May 15, 2014 Scheduling Order shall remain in effect**.

2. The Court will conduct a telephone status conference on **December 3, 2014 at 11:00 a.m.** Counsel for plaintiff shall initiate the telephone call.

3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned

and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

          s/ Karen M. Williams
          KAREN M. WILLIAMS
          United States Magistrate Judge

cc:   Hon. Renée M. Bumb