UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER KASILAG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br><br>Defendant. | Civil No. 1:11-cv-01083-RMB-KMW |
| JENNIFER KASILAG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br><br>Defendant. | Civil No. 1:14-cv-01611-RMB-KMW |

### JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY SCHEDULE AND RELATED DEADLINES

WHEREAS, pursuant to the Court's December 3, 2014 Scheduling Order (Dkt. No. 129 in Civil No. 1:11-cv-01083), Plaintiffs are scheduled to serve their expert reports and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) no later than February 13, 2015;

WHEREAS, Plaintiffs' experts expect to offer opinions concerning or based upon the deposition testimony of a corporate representative of non-party JPMorgan Chase Bank, N.A. ("JPMorgan");

WHEREAS, Plaintiffs initially noticed the deposition of JPMorgan for November 14, 2014;

WHEREAS, between December 2014 and January 2015, JPMorgan has cancelled or postponed the deposition on three occasions, the most recent occurring on January 28, 2015, due to weather conditions that prevented JPMorgan's designee from traveling from Boston to New York City for the deposition;

WHEREAS, the deposition of JPMorgan now will take place on February 4, 2015;

WHEREAS, Plaintiffs have proposed a two-week extension of the deadline to serve their expert reports and disclosures to allow adequate time after the JPMorgan deposition for Plaintiffs and their experts to obtain a transcript of the deposition, assess JPMorgan's testimony, and incorporate any opinions concerning or based upon such testimony into their expert reports and disclosures; and

WHEREAS, Defendants have consented to the proposed two-week extension, contingent upon subsequent deadlines being extended accordingly;

NOW, THEREFORE, the parties hereby STIPULATE AND AGREE, by and through their undersigned counsel and subject to the Court's approval, as follows:

1. All expert reports and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of Plaintiffs shall be served upon counsel for Defendants no later than February 27, 2015.

2. All expert reports and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of Defendants shall be served upon counsel for Plaintiffs no later than April 16, 2015.

3. Plaintiffs' rebuttal expert reports and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served upon counsel for Defendants no later than May 18, 2015.

4. Depositions of proposed expert witnesses shall be concluded by July 3, 2015.

5. Dispositive motions shall be filed with the Clerk of the Court no later than June 5, 2015.

Dated: January __, 2015

By: /s/ Robert L. Lakind
Robert L. Lakind
SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Tel: (609) 275-0400
Fax: (609) 275-4511

*Attorneys for Plaintiffs*

Respectfully submitted,

By: _____ /ACV
Anthony Sylvester
SHERMAN, WELLS, SYLVESTER
& STAMELMAN, LLP
210 Park Ave., 2nd Floor
Florham Park, NJ 07932
Tel: (973) 302-9700
Fax: (973) 845-2546

*Attorneys for Defendants*

SO ORDERED.
January __, 2015

Hon. Karen M. Williams
United States Magistrate Judge

1501393.1