Anthony J. Sylvester
SHERMAN WELLS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932
(973) 302-9700
asylvester@shermanwells.com

Sean M. Murphy (*pro hac vice*)
Robert C. Hora (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants Hartford Investment Financial Services, LLC
and Hartford Funds Management Company, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, *et al.,*<br>        Plaintiffs,<br>vs.<br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br>        Defendants. | Civil Action No. 1l-cv-1083 (RMB)(KMW)<br><br>and<br><br>Civil Action No. 14-cv-1611 (RMB)(KMW) |
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, LINDA A. RUSSELL, DENNIS RUSSELL, AND DARIN DUDEK, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD HEALTHCARE FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, THE HARTFORD BALANCED FUND, THE HARTFORD CAPITAL APPRECIATION FUND, THE HARTFORD FLOATING RATE FUND, AND THE HARTFORD SMALL COMPANY FUND<br>        Plaintiffs,<br>vs.<br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br>        Defendant. | **NOTICE OF MOTION<br>FOR SUMMARY JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED<br><br>FILED ELECTRONICALLY |

TO: Robert L. Lakind, Esq.

SZAFERMAN, LAKIND, BLUMSTEIN & BLADER PC

101 Grovers Mill Road, Suite 200

Lawrenceville, NJ 08648

Andrew W. Robertson, Esq.

ZWERLING, SCHACHTER & ZWERLING, LLP

41 Madison Avenue

New York, NY 10010

COUNSEL:

**PLEASE TAKE NOTICE** that, on a date set by the court or as soon thereafter as counsel may be heard, Defendants Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC will move before the Honorable Renee Marie Bumb, United States District Court for the District of New Jersey, Mitchell H. Cohen and U.S. Courthouse, 4th and Cooper Streets Room 1050, Camden, New Jersey 08101, for an Order pursuant to Federal Rule of Civil Procedure 56.1, granting Summary Judgment in their favor, and against the Plaintiffs, and dismissing Plaintiffs' Complaints with prejudice, on the ground that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely upon the attached Memorandum of Law, as well as the Statement of Material Facts Not in Dispute, and the Declaration of Robert C. Hora filed concurrently herewith.  A proposed form of Order is also submitted with this Motion.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event the Motion is opposed.

Dated:  June 5, 2015

                                SHERMAN WELLS SYLVESTER &
                                STAMELMAN LLP

                                  /s/ Anthony J. Sylvester
                                 Anthony J. Sylvester
                                 210 Park Avenue, 2nd Floor
                                 Florham Park, NJ 07932
                                 (973) 302-9700

                              MILBANK, TWEED, HADLEY & McCLOY LLP
                                 Sean M. Murphy (*pro hac vice*)
                                 Robert C. Hora (*pro hac vice*)
                                 1 Chase Manhattan Plaza
                                 New York, NY 10005
                                 (212) 530-5000

                              *Attorneys for Defendants*
                              *Hartford Investment Financial Services, LLC and*
                              *Hartford Funds Management Company, LLC*