Anthony J. Sylvester
SHERMAN WELLS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932
(973) 302-9700
asylvester@shermanwells.com

Sean M. Murphy (*pro hac vice*)
Robert C. Hora (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, *et al.,*<br>                              Plaintiffs,<br>vs.<br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br>                              Defendants. | Civil Action No. 11-cv-1083 (RMB)(KMW)<br><br>and<br><br>Civil Action No. 14-cv-1611 (RMB)(KMW) |
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, LINDA A. RUSSELL, DENNIS RUSSELL, AND DARIN DUDEK, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD HEALTHCARE FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, THE HARTFORD BALANCED FUND, THE HARTFORD CAPITAL APPRECIATION FUND, THE HARTFORD FLOATING RATE FUND, AND THE HARTFORD SMALL COMPANY FUND<br>                              Plaintiffs,<br>vs.<br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br>                              Defendant. | **PROPOSED ORDER**<br><br>FILED ELECTRONICALLY |

AND NOW, this ___ day of _____, 2015, upon consideration of the Motion for Summary Judgment on behalf of Defendants Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC, and having found that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law, it is hereby ORDERED that the Motion is GRANTED and that judgment is hereby ordered in favor of Defendants, and that any and all claims against Defendants are hereby dismissed with prejudice.

_____

Hon. Renee Marie Bumb, U.S.D.J.
District of New Jersey