SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Telephone: (609) 275-0400
Fax: (609) 275-4511
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER KASILAG, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>HARTFORD INVESTMENT FINANCIALSERVICES, LLC,<br><br>　　　Defendant. | *Document Electronically Filed*<br><br>Civil No. 1:11-cv-01083-RMB-KMW |
| JENNIFER KASILAG, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br><br>　　　Defendant. | Civil No. 1:14-cv-01611-RMB-KMW<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Return Date:** *To be assigned by Court*<br><br>ORAL ARGUMENT REQUESTED |

　　TO:　ALL COUNSEL

1677243.1

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the Plaintiffs, by and through their undersigned counsel, shall move before the Hon. Renée Marie Bumb, U.S.D.J., at the Mitchell H. Cohen United States Court House, 4th and Cooper Streets, Room 1050, Camden, New Jersey 08101, for an Order granting Partial Summary Judgment in favor of Plaintiffs: (1) on behalf of the Hartford Capital Appreciation Fund ("Cap App Fund"), for a ruling that the compensation Defendants, Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC, received and retained in investment management fees from the Cap App Fund between 2011 through 2013 constitutes a breach of Defendants' fiduciary duty under § 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b); and (2) on behalf of the Hartford Healthcare Fund (f/k/a Hartford Global Health Fund), the Hartford Conservative Allocation Fund, the Hartford Growth Opportunities Fund, the Hartford Balanced Fund (f/k/a Hartford Advisers Fund), the Hartford Inflation Plus Fund, the Hartford Capital Appreciation Fund and the Hartford Floating Rate Fund, for a judgment as a matter of law on Defendants' Second Affirmative Defense.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion the Plaintiffs shall rely upon the accompanying Brief in Support of this Motion for Partial Summary Judgment, Statement of Material Facts Not in Dispute,

1677243.1

Declaration of Arnold C. Lakind and Declaration of Christopher Kwelty, all of which are being filed herewith.

                                      SZAFERMAN, LAKIND,
                                       BLUMSTEIN & BLADER, P.C.
                                      Attorneys for Plaintiffs

                                      <u>s/Arnold Lakind</u>
                                      Arnold Lakind

Dated: June 5, 2015