Anthony J. Sylvester
SHERMAN WELLS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932
(973) 302-9700
asylvester@shermanwells.com

Sean M. Murphy (*pro hac vice*)
Robert C. Hora (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants Hartford Investment Financial Services, LLC*
*and Hartford Funds Management Company, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, *et al.,*<br><br>           Plaintiffs,<br><br>      vs.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br><br>           Defendants. | Civil Action No. 1l-cv-1083 (RMB)(KMW)<br><br>and<br><br>Civil Action No. 14-cv-1611 (RMB)(KMW) |
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, LINDA A. RUSSELL, DENNIS RUSSELL, AND DARIN DUDEK, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD HEALTHCARE FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, THE HARTFORD BALANCED FUND, THE HARTFORD CAPITAL APPRECIATION FUND, THE HARTFORD FLOATING RATE FUND, AND THE HARTFORD SMALL COMPANY FUND<br><br>           Plaintiffs,<br><br>      vs.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br><br>           Defendant. | **NOTICE OF MOTION TO SEAL INTERNAL COST AND NON-PUBLIC PROFITABILITY INFORMATION**<br><br>ORAL ARGUMENT REQUESTED<br><br>FILED ELECTRONICALLY |

TO:      Robert L. Lakind, Esq.

         SZAFERMAN, LAKIND, BLUMSTEIN & BLADER PC

         101 Grovers Mill Road, Suite 200

         Lawrenceville, NJ 08648


         Andrew W. Robertson, Esq.

         ZWERLING, SCHACHTER & ZWERLING, LLP

         41 Madison Avenue

         New York, NY 10010


COUNSEL:

   **PLEASE TAKE NOTICE** that, on a date set by the court or as soon thereafter as counsel may be heard, Defendants Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC will move before the Honorable Renee Marie Bumb, United States District Court for the District of New Jersey, Mitchell H. Cohen and U.S. Courthouse, 4th and Cooper Streets Room 1050, Camden, New Jersey 08101, for an Order granting Defendants' Motion to Seal Internal Cost and Non-Public Profitability Information.

   **PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely upon the attached Memorandum of Law and the Affidavit of Ed Macdonald.  A proposed form of Order is also submitted with this Motion.

   **PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  June 15, 2015

SHERMAN WELLS SYLVESTER &
STAMELMAN LLP
By: /s/Anthony J. Sylvester
    Anthony J. Sylvester
    210 Park Avenue, 2nd Floor
    Florham Park, NJ 07932
    (973) 302-9700

MILBANK, TWEED, HADLEY & McCLOY LLP
    Sean M. Murphy (*pro hac vice*)
    Robert C. Hora (*pro hac vice*)
    1 Chase Manhattan Plaza
    New York, NY 10005
    (212) 530-5000

*Attorneys for Defendants*
*Hartford Investment Financial Services, LLC and*
*Hartford Funds Management Company, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2015 a copy of the Notice of Motion and accompanying papers were served <u>via</u> ECF upon all counsel of record.

By: <u>/s/Anthony J. Sylvester</u>
      ANTHONY J. SYLVESTER

DATED:   June 15, 2015