Christopher A. Barbarisi
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
(973) 848-4000

Jeffrey B. Maletta *(pro hac vice* admission pending*)*
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006-1600
(202) 778-9000

*Attorneys for Proposed Interveners*
*Wellington Management Group LLP*
*and Wellington Management Company LLP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, *et al.,*<br>                                             Plaintiffs,<br>                  vs.<br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br>                                             Defendants. | Civil Action No. 11-cv-1083 (RMB)(KMW)<br><br>and<br><br>Civil Action No. 14-cv-1611 (RMB)(KMW) |
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, LINDA A. RUSSELL, DENNIS RUSSELL, AND DARIN DUDEK, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD HEALTHCARE FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, THE HARTFORD BALANCED FUND, THE HARTFORD CAPITAL APPRECIATION FUND, THE HARTFORD FLOATING RATE FUND, AND THE HARTFORD SMALL COMPANY FUND<br>                                             Plaintiffs,<br>                  vs.<br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br>                                             Defendant. | **NOTICE OF MOTION OF WELLINGTON MANAGEMENT GROUP LLP AND WELLINGTON MANAGEMENT COMPANY LLP TO (1) INTERVENE; AND (2) SEAL CONFIDENTIAL NON-PUBLIC FINANCIAL INFORMATION**<br>ORAL ARGUMENT REQUESTED<br><br>FILED ELECTRONICALLY |

TO: Robert L. Lakind, Esq.

SZAFERMAN, LAKIND, BLUMSTEIN & BLADER PC

101 Grovers Mill Road, Suite 200

Lawrenceville, NJ 08648

Andrew W. Robertson, Esq.

ZWERLING, SCHACHTER & ZWERLING, LLP

41 Madison Avenue

New York, NY 10010

Anthony J. Sylvester

SHERMAN WELLS SYLVESTER & STAMELMAN LLP

210 Park Avenue, 2nd Floor

Florham Park, NJ 07932

Sean M. Murphy (*pro hac vice*)

Robert C. Hora (*pro hac vice*)

MILBANK, TWEED, HADLEY & McCLOY LLP

1 Chase Manhattan Plaza

New York, NY 10005

COUNSEL:

**PLEASE TAKE NOTICE** that, on July 8, 2015 or as soon thereafter as counsel may be heard, Proposed Interveners Wellington Management Group LLP and Wellington Management

Company LLP (collectively "Wellington"), will move before the Honorable Renee Marie Bumb, United States District Court for the District of New Jersey, Mitchell H. Cohen Building and U.S. Courthouse, 4th and Cooper Streets Room 1050, Camden, New Jersey 08101, for an Order allowing Wellington's Motion to Intervene and to Seal Wellington's Confidential Non-Public Financial Information.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Wellington will rely upon the attached Memorandum of Law, as well as the Declarations of Jeffrey Maletta and Edward Steinborn.  A proposed form of Order is also submitted with this Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  June 15, 2015

        K&L GATES LLP

        By:   /s/ Christopher A. Barbarisi
          Christopher A. Barbarisi
          One Newark Center, Tenth Floor
          Newark, NJ 07102
          (973) 848-4000

        K&L GATES LLP
          Jeffrey B. Maletta
          1601 K Street, NW
          Washington, DC  20006-1601
          (202) 778-9000

        *Attorneys for Proposed Interveners*
        *Wellington Management Group LLP*
        *and Wellington Management Company LLP*