Christopher A. Barbarisi
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
(973) 848-4000

Jeffrey B. Maletta (*pro hac vice* application pending)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006-1600
(202) 778-9000

*Attorneys for Proposed Interveners Wellington Management Group LLP and Wellington Management Company LLP*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, *et al.*, <br> Plaintiffs, <br> vs. <br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br> Defendants. | Civil Action No. 11-cv-1083 (RMB)(KMW) <br><br> and <br><br> Civil Action No. 14-cv-1611 (RMB)(KMW) |
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE, M. ROBINSON, LINDA A. RUSSELL, DENNIS RUSSELL, AND DARIN DUDEK, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD HEALTHCARE FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, THE HARTFORD BALANCED FUND, THE HARTFORD CAPITAL APPRECIATION FUND, THE HARTFORD FLOATING RATE FUND, AND THE HARTFORD SMALL COMPANY FUND <br> Plaintiffs, <br> vs. <br> HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br> Defendant. | **DECLARATION OF JEFFREY B. MALETTA** <br> Pursuant to 28 U.S.C. § 1746 <br><br> FILED ELECTRONICALLY |

I, Jeffrey B. Maletta, under penalty of perjury declare as follows:

1. I am a partner in the law firm of K&L Gates LLP and have been representing Wellington Management Group LLP and Wellington Management Company LLP (collectively Wellington") in connection with discovery directed to Wellington in this case.

2. I am applying for admission *pro hac vice* in this matter to allow me to participate in Wellington's Motion to Intervene and Motion to Seal Confidential Financial Information.

3. The Motion to Seal relates to three documents prepared by Wellington ("Wellington Documents"). I have been advised that the Wellington Documents have been filed as Exhibits 21-23 to the Declaration of Arnold Lakind, filed June 5, 2015, in connection with Plaintiffs' Motion for Summary Judgment and that information derived from the Wellington Documents has been referred to in Plaintiffs' Brief in Support of the Motion for Partial Summary Judgment and in Plaintiffs' Statements of Material Fact in Support of Motion for Summary Judgment. Except as to the Wellington Documents themselves. Other than the Wellington Documents, I have not had access to and do not know the contents of the filings made by Plaintiffs in connection with their Motion for Partial Summary Judgment.

4. Wellington did not produce the Wellington Documents during discovery in this case. It objected to their production on the grounds that, among other things, they contain confidential financial information.

5. Wellington has been advised by counsel for the Independent Directors of the Hartford Funds that they produced the Wellington Documents and designated them as "Attorney's Eyes Only" under the Confidentiality Order entered in this case. A copy of the letter making that

designation, provided to me by counsel for the Hartford Directors, is attached as Exhibit A hereto.

I declare under penalties of perjury that the foregoing is true and correct.

June 15, 2015

_____
Jeffrey B. Maletta

3

# EXHIBIT A

# GOODWIN PROCTER

Mark Holland
212.459.7152
MHolland@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

September 20, 2013

**VIA E-MAIL**

Robert Lakind, Esq.
Szaferman, Lakind, Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648

Andrew W. Robertson, Esq.
Zwerling, Schachter & Swerling, LLP
41 Madison Avenue
New York, NY 10010

Re: *Kasilag et al. v. Hartford Investment Financial Services, LLC*,
No. 1:11-cv-01083-RMB-KMW

Dear Robert and Andrew:

I write on behalf of the Independent Directors of Hartford Mutual Funds, Inc. and Hartford Mutual Funds II, Inc. (together, the "Funds").[1] The Independent Directors hereby designate documents INDDIR0000053-56, INDDIR0000098-107, and INDDIR0000320 as "Attorneys' Eyes Only" in accordance with the terms of the Discovery Confidentiality Order agreed to by the parties.

Sincerely,

*Mark Holland* (DIF)

Mark Holland, Esq.

cc: Robert A. Skinner, Esq.

---

[1] The seven Independent Directors of the Funds are Lynn S. Birdsong, Robert M. Gavin, Duane E. Hill, Sandra S. Jaffee, William P. Johnston, Phillip O. Peterson, and Lemma W. Senbet.

LIBW/1881741.1