Christopher A. Barbarisi
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
(973) 848-4000

Jeffrey B. Maletta (*pro hac vice* application pending)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006-1600
(202) 778-9000

*Attorneys for Proposed Interveners*
*Wellington Management Group LLP*
*and Wellington Management Company LLP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, *et al.*,<br>Plaintiffs,<br>vs.<br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br>Defendants. | Civil Action No. 11-cv-1083 (RMB)(KMW)<br><br>and<br><br>Civil Action No. 14-cv-1611 (RMB)(KMW) |
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, LINDA A. RUSSELL, DENNIS RUSSELL, AND DARIN DUDEK, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD HEALTHCARE FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, THE HARTFORD BALANCED FUND, THE HARTFORD CAPITAL APPRECIATION FUND, THE HARTFORD FLOATING RATE FUND, AND THE HARTFORD SMALL COMPANY FUND<br>Plaintiffs,<br>vs.<br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br>Defendant. | **ORDER GRANTING MOTION TO INTERVENE AND TO SEAL**<br><br>FILED ELECTRONICALLY |

This matter having been presented to the Court by motion of Wellington Management Group LLP and Wellington Management Company LLP (collectively "Wellington") for an Order granting Wellington's Intervention and, pursuant to Local Civil Rule 5.3, sealing Exhibits 21, 22 and 23 attached to the Declaration of Arnold Lakind in Support of Plaintiffs' Motion for Partial Summary Judgment, the Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, and Plaintiffs' Statement of Material Facts Not In Dispute in Support of Their Motion for Partial Summary Judgment (the "Rule 56.1 Statement"), all filed June 5, 2015; and the Court having considered Wellington's submissions in support of its Motion to Intervene and to Seal (the "Motion") and Plaintiffs' submissions, if any, in opposition to the Motion, and the Court having determined that legitimate interests exist to warrant the relief sought, without which serious injury would result, and it further finding that a less restrictive alternative to the relief sought is not available, and for good cause having been shown.

IT IS, this ___ day of _____, 2015,

**ORDERED** that Wellington's Motion is **GRANTED**. Exhibits 21, 22 and 23 to the Declaration of Arnold Lakind shall remain under seal. References to information contained in Exhibits 21, 22 and 23 and information derived from those Exhibits set out in Plaintiffs' Memorandum of Law, Rule 56.1 Statement and elsewhere shall be sealed and redacted from publicly available filings.

**IT IS FURTHER ORDERED** that nothing herein shall constitute a ruling concerning future requests to seal.

_____
The Hon. Renee Marie Bumb, U.S.D.J.
District of New Jersey