**K&L GATES LLP**
Christopher A. Barbarisi, Esq.
One Newark Center, Tenth Floor
Newark, New Jersey 07102
(973) 848-4000
*Attorneys for Proposed Interveners*
*Wellington Management Group LLP and*
*Welling Management Company LLP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, *et al.,*<br>                              Plaintiffs,<br>                    vs.<br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br>                              Defendants. | Civil Action No. 11-cv-1083 (RMB)(KMW)<br><br>and<br><br>Civil Action No. 14-cv-1611 (RMB)(KMW) |
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, LINDA A. RUSSELL, DENNIS RUSSELL, AND DARIN DUDEK, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD HEALTHCARE FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, THE HARTFORD BALANCED FUND, THE HARTFORD CAPITAL APPRECIATION FUND, THE HARTFORD FLOATING RATE FUND, AND THE HARTFORD SMALL COMPANY FUND<br>                              Plaintiffs,<br>                    vs.<br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br>                              Defendant. | **NOTICE OF MOTION, ON CONSENT, FOR ADMISSION PRO HAC VICE OF JEFFREY B. MALETTA AS COUNSEL FOR PROPOSED INTERVENERS, WELLINGTON MANAGEMENT GROUP LLP and WELLINGTON MANAGEMENT COMPANY LLP**<br><br>FILED ELECTRONICALLY |

TO:    Robert L. Lakind, Esq.

      SZAFERMAN, LAKIND, BLUMSTEIN & BLADER PC

      101 Grovers Mill Road, Suite 200

      Lawrenceville, NJ 08648

- 2 -

Andrew W. Robertson, Esq.

ZWERLING, SCHACHTER & ZWERLING, LLP

41 Madison Avenue

New York, NY 10010


Anthony J. Sylvester

SHERMAN WELLS SYLVESTER & STAMELMAN LLP

210 Park Avenue, 2nd Floor

Florham Park, NJ 07932


Sean M. Murphy (*pro hac vice*)

Robert C. Hora (*pro hac vice*)

MILBANK, TWEED, HADLEY & McCLOY LLP

1 Chase Manhattan Plaza

New York, NY 10005


COUNSEL:

**PLEASE TAKE NOTICE** that, on July 8, 2015, or a date set by the court, at 9:00 a.m., or as soon thereafter as counsel may be heard, proposed interveners, Wellington Management Group LLP and Wellington Management Company LLP  (collectively "Wellington") will move, by and through the undersigned counsel, before the Honorable Karen M. Williams, U.S.M.J., at the United States District Court for the District of New Jersey, Mitchell H. Cohen and U.S. Courthouse, 4th and Cooper Streets, Room 1050, Camden, New Jersey 08101, for an Order,

pursuant to L. Civ. R. 101.1(c), admitting Jeffrey B. Maletta, Esq. as *pro hac vice* counsel for Wellington.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Wellington will rely upon the attached Certifications of Christopher A. Barbarisi, Esq. and Jeffrey B. Maletta, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted with this Motion.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Plaintiffs and the Defendants have both consented to this application, thus, no opposition is expected.

Dated:  June 15, 2015            K&L GATES LLP

                     BY:   s/ Christopher A. Barbarisi
                           One Newark Center, Tenth Floor
                           Newark, New Jersey 07102
                           (973) 848-4000
                           christopher.barbarisi@klgates.com

                           *Attorneys for Proposed Interveners*
                           *Wellington Management Group LLP and*
                           *Wellington Management Company LLP*