Anthony J. Sylvester
SHERMAN WELLS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2d Floor
Florham Park, NJ 07932
(973) 302-9700
asylvester@shermanwells.com

Sean M. Murphy (*pro hac vice*)
Robert C. Hora (*pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants Hartford Investment Financial Services, LLC
and Hartford Funds Management Company, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, and LINDA A. RUSSELL, *et al.*,<br>Plaintiffs,<br>vs.<br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br>Defendant. | Civil Action No. 11-cv-1083 (RMB)(KMW)<br><br>and<br><br>Civil Action No. 14-cv-1611 (RMB)(KMW) |
| JENNIFER L. KASILAG, LOUIS MELLINGER, JUDITH M. MENENDEZ, JACQUELINE M. ROBINSON, LINDA A. RUSSELL, DENNIS RUSSELL, AND DARIN DUDEK, ON BEHALF OF AND FOR THE BENEFIT OF THE HARTFORD HEALTHCARE FUND, THE HARTFORD CONSERVATIVE ALLOCATION FUND, THE HARTFORD GROWTH OPPORTUNITIES FUND, THE HARTFORD INFLATION PLUS FUND, THE HARTFORD BALANCED FUND, THE HARTFORD CAPITAL APPRECIATION FUND, THE HARTFORD FLOATING RATE FUND, AND THE HARTFORD SMALL COMPANY FUND<br>Plaintiffs,<br>vs.<br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br>Defendant. | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO SEAL** |

Defendants Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC , and Plaintiffs Jennifer L. Kasilag, Louis Mellinger, Judith M. Menendez, Jacqueline M. Robinson, Linda A. Russell, Dennis Russell, and Darin Dudek ("Plaintiffs"), (together the "Parties"), through their undersigned counsel, hereby respectfully submit this Stipulation and [Proposed] Order Extending Deadlines for Summary Judgment Opposition and Reply (the "Stipulation").

WHEREAS, on June 5, 2015, Plaintiffs filed a Motion for Partial Summary Judgment and Defendants filed a Motion for Summary Judgment (together, the "Summary Judgment Motions");

WHEREAS, the Summary Judgment Motions were temporarily filed under seal, pursuant to this Court's order;

WHEREAS, on June 15, 2015, consistent with this Court's order, Defendants filed a Motion to Seal Internal Cost and Non-Public Profitability Information (the "Motion to Seal") in the Summary Judgment Motions;

WHEREAS, on July 6, 2015, Plaintiffs' filed their Opposition to the Motion to Seal;

WHEREAS, Defendants' Reply in Support of their Motion to Seal is currently scheduled to be submitted 7 days from the date of Plaintiffs' Opposition to the Motion to Seal, on Monday, July 13, 2015;

WHEREAS, the Parties are preparing their respective responses in opposition to the Summary Judgment Motions and related Rule 56.1 statements, which will be submitted on July 22, 2015;

WHEREAS, the Parties are simultaneously conducting expert discovery, which will conclude with the deposition of Plaintiffs' expert Kent Barrett on July 15, 2015; and

WHEREAS, the Parties agree, subject to the approval of the Court, that given the above identified scheduling considerations, the deadline for Defendants' Reply in Support of their Motion to Seal shall be extended two weeks, from Monday, July 13, 2015 to Monday, July 27, 2015; and

NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE, by and through their undersigned counsel and subject to the Court's approval, as follows:

Defendants shall serve their Reply in Support of their Motion to Seal no later than July 27, 2015.

Dated:  July 9, 2015

By: /s/ Robert L. Lakind
Robert L. Lakind
SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
609) 275-0400

ZWERLING, SCHACHTER &
ZWERLING, LLP
Jeffrey C. Zwerling
Robin F. Zwerling
Susan Salvetti
Andrew W. Robertson
41 Madison Avenue
New York, NY 10010
(212) 223-3900

*Attorneys for Plaintiff*

Respectfully submitted,

By: /s/ Anthony J. Sylvester
Anthony J. Sylvester
SHERMAN WELLS SYLVESTER &
STAMELMAN LLP
210 Park Avenue, 2d Floor
Florham Park, NJ 07932
(973) 302-9700

MILBANK, TWEED, HADLEY & McCLOY
LLP
Sean M. Murphy *(pro hac vice)*
Robert C. Hora *(pro hac vice)*
28 Liberty Street
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC*

SO ORDERED.

July 10, 2015

Hon. Renee Marie Bumb, U.S.D.J.
District of New Jersey