

**Anthony C. Valenziano**
Associate
Direct: 973.302.9696
Fax: 973.302.9947
avalenziano@shermanwells.com

April 1, 2016

**VIA ECF**

Hon. Renee Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, NJ 08101

**Re:** *Kasilag v. Hartford Inv. Fin. Servs., LLC*,
**Civil Action No. 11-cv-01083 (RMB)(KMW)**

*Kasilag v. Hartford Funds Management Company, LLC*,
**Civil Action No. 14-cv-01611 (RMB)(KMW)**

Dear Judge Bumb:

This firm, along with its co-counsel Milbank, Tweed, Hadley and McCloy LLP, represents defendants Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC in the above-referenced matters. Pursuant to the Court's Order dated March 24, 2016 [Docket Entry No. 181 and Docket Entry No. 72], enclosed please find a proposed redacted version of the Court's Opinion dated March 24, 2016 [Docket Entry No. 180 and Docket Entry No. 73] for the Court's consideration.

Respectfully submitted,

/s/Anthony C. Valenziano
Anthony C. Valenziano

Encl.

cc:   Counsel of Record (w/encl., via ECF)