**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| JENNIFER L. KASILAG, et al.,<br>    Plaintiffs,<br>        v.<br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br>    Defendant. | Civil No. 11-1083 (RMB/KMW) |
| JENNIFER L. KASILAG, et al.,<br>    Plaintiffs,<br>        v.<br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br>    Defendant. | Civil No. 14-1611 (RMB/KMW) |
| JENNIFER L. KASILAG, et al.,<br>    Plaintiffs,<br>        v.<br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br>    Defendant. | Civil No. 15-1876 (RMB/KMW)<br>**ORDER** |

THIS MATTER comes before the Court upon its own motion. The Court noting the common questions of law and fact at issue in the above-caption litigations against Hartford Funds Management Company, LLC, and Hartford Investment Financial Services, LLC,

IT IS on this, the **15th** day of **April 2016**, hereby

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 42(a), <u>Kasilag, et al. v. Hartford Investment Financial Services, LLC</u>, Civ. No. 11-1083, <u>Kasilag, et al. v. Hartford Funds Management Company, LLC</u>, Civ. No. 14-1611, and <u>Kasilag, et al. v. Hartford Funds Management Company, LLC</u>, Civ. No. 15-1876 are hereby consolidated for all purposes under Civil Action No. 11-1083; and it is further

**ORDERED** that <u>Kasilag, et al. v. Hartford Investment Financial Services, LLC</u>, Civ. No. 11-1083, shall be designated the "Lead Case"; and it is further

**ORDERED** that all future filings in the consolidated matters shall be filed under the docket of the Lead Case; and it is further

**ORDERED** that the Clerk of the Court shall docket this Order in the three individual actions; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate <u>Kasilag, et al. v. Hartford Funds Management Company, LLC</u>, Civ. No. 14-1611, and <u>Kasilag, et al. v. Hartford Funds Management Company, LLC</u>, Civ. No. 15-1876; and it is further

**ORDERED** that the Clerk of the Court shall identify on the docket of each individual action the Lead Case and the member cases.

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE