# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Bruce M. Sattin***
Gregg E. Jaclin**
Robert P. Panzer
Benjamin T. Branche*
Robert G. Stevens Jr.**

Of Counsel
Stephen Skillman
Linda R. Feinberg
Anthony J. Parrillo
Paul T. Koenig, Jr.
Robert A. Gladstone
Janine Danks Fox*
E. Elizabeth Sweetser
Keith L. Hovey

Michael D. Brottman**
Lindsey Moskowitz Medvin**
Mark A. Fisher
Robert L. Lakind***
Thomas J. Manzo**
Carley Ward**
Melissa A. Chimbangu
Kathleen O'Brien
Steven A. Lipstein**
Yarona L. Yieh#
Brian A. Heyesey
Mengyi "Jason" Ye
John O'Leary***
Christopher S. Myles
Christopher S. Kwelty

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
#NY Bar

April 22, 2016

Hon. Karen M. Williams
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 5C
Camden, NJ 08101

   Re: Kasilag v. Hartford Inv. Fin. Servs., LLC,
     <u>Civil No. 1:11-cv-01083-RMB-KMW (D.N.J.)</u>

Dear Judge Williams:

  In response to Your Honor's April 14, 2015 Text Order directing the parties to inform the Court of whether or not this case will be tried by a jury, Plaintiffs do not withdraw their jury demand with respect to their claim for lost investment earnings on all fees that the Court deems to be excessive. Plaintiffs, however, withdraw their jury demand with respect to the excessive fees component of their claim. Defendants do not agree that lost investment earnings are a claim or a remedy under Section 36(b), and will move to strike Plaintiff's jury demand in its entirety.

  Additionally, Plaintiffs will file a motion for an advisory jury on all issues not triable of right by a jury pursuant to Rule 39(b). Defendants will oppose this motion.

  Thank you.

            Respectfully submitted,
            SZAFERMAN, LAKIND, BLUMSTEIN
            & BLADER, P.C.


            <u>/s/ Robert L. Lakind</u>
            Robert L. Lakind, Esq.