IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JENNIFER KASILAG, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, et al.,<br><br>           Defendants. | Consolidated Civil No. 11-1083-RMB-KMW |

**SCHEDULING ORDER FOR FINAL PRE-TRIAL CONFERENCE**

      This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **April 13, 2016**; and the Court noting the following appearances: **Daniel Sweetser, Esquire, Robin F. Zwerling, Esquire**, and **Andrew Robertson, Esquire**, appearing on behalf of the plaintiffs; and **Robert C. Hora, Esquire, Sean M. Murphy, Esquire**, and **Anthony C. Valenziano, Esquire**, all appearing on behalf of the defendants,

      IT IS on this **26th** day of **April, 2016**, hereby **ORDERED**:

      1.  The Final Pretrial Conference shall be conducted on **August 16, 2016 at 10:00 a.m.**  The form Joint Final Pretrial Order, as signed by all counsel, shall be delivered to the Court by **August 12, 2016.**  The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel not later than **July 22, 2016**.  Defendant's portion of the proposed order shall be prepared and returned to counsel for plaintiff not later than **August 5, 2016.**

      2.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application.  The schedule set herein will not be extended unless good cause is shown.

**TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.** FED. R. CIV. P. 16(d).

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER OR APPEAR AT THE CONFERENCE MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** FED. R. CIV. P. 16(f).

                                      s/ Karen M. Williams
                                      KAREN M. WILLIAMS
                                      United States Magistrate Judge

cc:   Hon. Renée M. Bumb