## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER KASILAG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Civil No. 1:11-cv-01083-RMB-KMW |
| JENNIFER KASILAG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br><br> Defendant. | Civil No. 1:14-cv-01611-RMB-KMW |
| JENNIFER KASILAG, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br><br> Defendant. | Civil No. 1:15-cv-01876-RMB-KMW |

**NOTICE OF MOTION DEFENDANTS' MOTION TO
(1) STRIKE PLAINTIFFS' DEMANDS FOR A JURY TRIAL,
AND (2) PRECLUDE PLAINTIFFS FROM OFFERING EVIDENCE
AT TRIAL OF "LOST INVESTMENT EARNINGS"**

TO:   Robert L. Lakind, Esq.
      SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
      101 Grovers Mill Road, Suite 200
      Lawrenceville, New Jersey 08648

      Andrew W. Robertson, Esq.
      ZWERLING, SCHACHTER & ZWERLING, LLP
      41 Madison Avenue
      New York, New York 10010

**PLEASE TAKE NOTICE** that on June 6, 2016 at 9:00 AM, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants, Hartford Investment Financial services, LLC and Hartford Funds Management Company, LLC shall move before the United States District Court for the District of New Jersey, Mitchell H. Cohen Courthouse, 4th & Cooper Streets, Camden, NJ 08101 for an Order granting Defendants' Motion to (1) Strike Plaintiffs' Demands for a Jury Trial, and (2) Preclude Plaintiffs from Offering Evidence at Trial of "Lost Investment Earnings."

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Defendants shall rely upon the accompanying Memorandum of Law in support of the motion.  A Proposed Order is also enclosed; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event the motion is opposed.

Dated:  May 4, 2016

| MILBANK, TWEED, HADLEY & McCLOY LLP | SHERMAN WELLS SYLVESTER & STAMELMAN LLP |
|---|---|
| Sean M. Murphy (*pro hac vice*) | |
| Robert C. Hora (*pro hac vice*) | By:  /s/ Anthony Sylvester |
| 28 Liberty Street | Anthony Sylvester |
| New York, NY  10005-1413 | 210 Park Avenue, 2nd Floor |
| (212) 530-5000 | Florham Park, NJ 07932 |
| *Of Counsel* | (973) 302-9700 |
| | *Attorneys for Defendants* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2016, a copy of the Notice of Motion and supporting papers were served <u>via</u> ECF upon all counsel of record.

By:     /s/Anthony J. Sylvester
Anthony J. Sylvester

Dated:     May 4, 2016