UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER KASILAG, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br><br>    Defendant. | Civil No. 1:11-cv-01083-RMB-KMW |
| JENNIFER KASILAG, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br><br>    Defendant. | Civil No. 1:14-cv-01611-RMB-KMW |
| JENNIFER KASILAG, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br><br>    Defendant. | Civil No. 1:15-cv-01876-RMB-KMW |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO DEFENDANTS' MOTION TO (1) STRIKE PLAINTIFFS' DEMANDS FOR A JURY TRIAL AND (2) PRECLUDE PLAINTIFFS FROM OFFERING <u>EVIDENCE AT TRIAL OF "LOST INVESTMENT EARNINGS"</u>**

WHEREAS, on May 4, 2016, Defendants filed a Motion to (1) Strike Plaintiffs' Demands for a Jury Trial; and (2) Preclude Plaintiffs From Offering Evidence at Trial of "Lost Investment Earnings" (the "Motion");

WHEREAS, Defendants noticed the Motion for the June 6, 2016 motion day;

WHEREAS, Plaintiffs' Opposition is currently due on May 23, 2016, and Defendants' Reply is due on May 30, 2016;

WHEREAS, the parties have agreed, subject to approval of the Court, to extend the deadline for Plaintiffs' Opposition and Defendants' Reply to allow adequate time for both parties to brief the issues raised in the Motion; and

WHEREAS, there have been no prior extensions of the briefing schedule for the Motion;

NOW, THEREFORE, the parties hereby STIPULATE AND AGREE, by and through their undersigned counsel and subject to the Court's approval, as follows:

1. Plaintiffs shall have until June 6, 2016 to file their Opposition to Defendants' Motion.

2. Defendants shall have until June 24, 2016 to file their Reply.

3. The motion day for the Motion will be July 5, 2016.

| | |
|---|---|
| Dated: May 13, 2016 | Respectfully submitted, |

By: /s/ Robert L. Lakind  
Robert L. Lakind  
Arnold C. Lakind  
SZAFERMAN, LAKIND,  
BLUMSTEIN & BLADER, P.C.  
101 Grovers Mill Road, Suite 200  
Lawrenceville, NJ 08648  
Tel: (609) 275-0400  
Fax: (609) 275-4511

By: /s/ Anthony J. Sylvester  
Anthony J. Sylvester  
SHERMAN WELLS SYLVESTER  
& STAMELMAN LLP  
210 Park Avenue, 2nd Floor  
Florham Park, NJ 07932  
Tel: (973) 302-9700  
Fax: (973) 845-2546

Robin F. Zwerling  
Jeffrey C. Zwerling  
Susan Salvetti  
Andrew W. Robertson  
ZWERLING, SCHACHTER  
& ZWERLING, LLP  
41 Madison Ave, 32nd Floor  
New York, NY 10010  
Tel: (212) 223-3900  
Fax: (212) 371-5969

Sean M. Murphy  
Robert C. Hora  
MILBANK, TWEED,  
HADLEY & McCLOY, LLP  
28 Liberty Street  
New York, NY 10005  
Tel: (212) 530-5170  
Fax: (212) 822-5170

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

SO ORDERED.

_____, 2016

_____  
Hon. Karen M. Williams  
United States Magistrate Judge