# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER KASILAG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Civil No. 1:11-cv-01083-RMB-KMW |
| JENNIFER KASILAG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br><br> Defendant. | Civil No. 1:14-cv-01611-RMB-KMW |
| JENNIFER KASILAG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br><br> Defendant. | Civil No. 1:15-cv-01876-RMB-KMW |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR THE SUBSTITUTION OF PLAINITIFF LINDA RUSSELL WITH HER BENEFICIARY <u>COURTNEY RUSSELL</u>**

2165495.1

WHEREAS, Linda Russell is one of several Plaintiffs in this case;

WHEREAS, on March 2, 2016, Plaintiffs filed a Statement Noting the Death of Plaintiff Linda Russell (Dkt. No. 179);

WHEREAS, prior to her death, Plaintiff Linda Russell was prosecuting claims on behalf of certain Hartford mutual funds;

WHEREAS, Linda Russell's daughter, Courtney Russell, is a beneficiary of Linda Russell's account;

WHEREAS, the parties agree that upon completion of the transfer of the shares in the Hartford mutual funds in Linda Russell's account of which Courtney Russell is a beneficiary, to Courtney Russell, pursuant to Fed. R. Civ. P. 25, Courtney Russell should be substituted as a Plaintiff in place of Linda Russell;

WHEREAS, unless an extension is provided by the Court, the 90 day deadline under Fed. R. Civ. P. 25, for filing for substitution is set to expire on May 31, 2016;

WHEREAS, Defendants and Plaintiffs are in the process of having the shares in the Hartford mutual funds in Linda Russell's account, of which Courtney Russell is a beneficiary, transferred to Courtney Russell;

WHEREAS, while the process to transfer the shares in Linda Russell's account to Courtney Russell is on-going, the parties are unsure whether the actual transfer will be completed by May 31, 2016, but should be completed sometime shortly thereafter; and

WHEREAS, subject to approval of the Court, the parties agree that the deadline for filing for substitution of Courtney Russell as a Plaintiff in place of Linda Russell, is extended from May 31, 2016, to July 15, 2016;

NOW, THEREFORE, the parties hereby STIPULATE AND AGREE, by and through their undersigned counsel and subject to the Court's approval, as follows:

1. Plaintiffs shall have until July 15, 2016 to file for substitution of Courtney Russell as a Plaintiff in place of Linda Russell.

Dated: May 17, 2016                                         Respectfully submitted,

By: /s/ Robert L. Lakind                                    By: /s/ Anthony J. Sylvester
Robert L. Lakind                                            Anthony J. Sylvester
SZAFERMAN, LAKIND,                                          SHERMAN WELLS SYLVESTER
BLUMSTEIN & BLADER, P.C.                                    & STAMELMAN LLP
101 Grovers Mill Road, Suite 200                            210 Park Avenue, 2nd Floor
Lawrenceville, NJ 08648                                     Florham Park, NJ 07932
Tel: (609) 275-0400                                         Tel: (973) 302-9700
Fax: (609) 275-4511                                         Fax: (973) 845-2546

Robin F. Zwerling                                           Sean M. Murphy
Andrew W. Robertson                                         Robert C. Hora
ZWERLING, SCHACHTER                                         MILBANK, TWEED,
& ZWERLING, LLP                                             HADLEY & McCLOY, LLP
41 Madison Ave, 32nd Floor                                  28 Liberty Street
New York, NY 10010                                          New York, NY 10005
Tel: (212) 223-3900                                         Tel: (212) 530-5170
Fax: (212) 371-5969                                         Fax: (212) 822-5170
*Attorneys for Plaintiffs*                                  *Attorneys for Defendants*


SO ORDERED.


_____, 2016        _____
                                                            Hon. Renee Marie Bumb
                                                            United States District Court Judge

2165495.1