# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
|  | *Document Electronically Filed* |
| JENNIFER KASILAG, et al., | |
| Plaintiffs, | |
| v. | Civil No. 1:11-cv-01083-RMB-KMW |
| HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, | |
| Defendant. | |
| JENNIFER KASILAG, et al., | |
| Plaintiffs, | |
| v. | Civil No. 1:14-cv-01611-RMB-KMW |
| HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, | |
| Defendant. | |
| JENNIFER KASILAG, et al., | |
| Plaintiffs, | |
| v. | Civil No. 1:15-cv-01876-RMB-KMW |
| HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, | |
| Defendant. | |

## **PLAINTIFFS' NOTICE OF CROSS-MOTION TO EMPANEL AN ADVISORY JURY**

2188598.1

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that on July 5, 2016, the Plaintiffs, by and through their undersigned counsel, shall move before the Hon. Renée Marie Bumb, U.S.D.J., at the Mitchell H. Cohen United States Court House, 4th and Cooper Streets, Room 1050, Camden, New Jersey 08101, for an Order Empanelling an Advisory Jury.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs shall rely upon Plaintiffs' Brief in Opposition to Defendants' Motion to (1) Strike Plaintiffs' Demand For a Jury Trial and (2) Preclude Plaintiffs From Offering Evidence at Trial, and In Support of Their Cross-Motion to Empanel an Advisory Jury.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs submit herewith a proposed form of Order.

Dated:   June 6, 2016               Respectfully submitted,

/s/ Daniel S. Sweetser
Daniel S. Sweetser, Esq.
SZAFERMAND LAKIND
BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Tel: (609) 275-0400
Fax: (609) 275-4511

*Attorneys for Plaintiffs*

2188598.1