[Dkt. Nos. 192, 200]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER KASILAG, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br>    Defendant. | Civil No. 1:11-cv-01083-RMB-KMW |
| JENNIFER KASILAG, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br><br>    Defendant. | Civil No. 1:14-cv-01611-RMB-KMW |
| JENNIFER KASILAG, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC, <br><br>    Defendant. | Civil No. 1:15-cv-01876-RMB-KMW |

**ORDER GRANTING DEFENDANTS' MOTION TO (1) STRIKE PLAINTIFFS' DEMANDS FOR A JURY TRIAL, AND (2) DENYING PLAINTIFFS' CROSS-MOTION TO EMPANEL AN ADVISORY JURY**

**AND NOW**, on this 28th day of July, 2016, upon consideration of Defendants Hartford Investment Financial Services, LLC's and Hartford Funds Management Company, LLC's Motion to (1) Strike Plaintiffs' Demands for a Jury Trial, and (2) Preclude Plaintiffs from Offering Evidence at Trial of "Lost Investment Earnings," the Memorandum of Law in Support thereof, and Plaintiffs' opposition thereto, as well as Plaintiffs' Cross-Motion to Empanel an Advisory Jury and Defendants' opposition thereto,

**IT IS HEREBY ORDERED** that for reasons to be set forth in an opinion rendered upon conclusion of trial in this matter: (1) Defendants' Motion to Strike Plaintiffs' Demand for a Jury Trial is **GRANTED**; (2) Plaintiffs' Motion to Empanel an Advisory Jury is **DENIED**; and (3) The Court reserves on Defendants' Motion to Preclude Plaintiffs from Offering Evidence of "Lost Investment Earnings" at trial because the Court intends to try the issue of liability first.  In the event the Court finds no liability by Defendants, the motion will be moot.

_____
The Hon. Renee Marie Bumb,
U.S.D.J., District of New Jersey