```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| JENNIFER L. KASILAG, et al., <br><br> Plaintiffs, <br> v. <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, et al., <br><br> Defendants. | Civil No. 11-1083-RMB-KMW |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the Final Pretrial Conference held on **August 16, 2016**; and the Court noting the following appearances: **Robert L. Lakind, Esquire**, **Daniel S. Sweetser, Esquire**, and **Andrew W. Robertson, Esquire**, appearing on behalf of the plaintiffs; and **Anthony C. Valenziano, Esquire**, **Sean M. Murphy, Esquire**, and **Robert C. Hora, Esquire**, appearing on behalf of the defendants,

IT IS this **25th** day of **August**, **2016**, hereby **ORDERED**:

1. Counsel shall revise and resubmit the Witness List section of the proposed Joint Final Pretrial Order by **September 30, 2016**. Counsel shall revise the Exhibit List section to accurately reflect the status of the proposed exhibits.

2. Counsel shall revise and resubmit the proposed Joint Final Pretrial Order by **October 31, 2016.**

3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc: Hon. Renée M. Bumb