

**Anthony J. Sylvester**
Partner
Direct: 973.302.9713
Fax: 973.845.2546
asylvester@shermanwells.com

January 10, 2017

**VIA ECF**

Hon. Renee Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, NJ 08101

**Re:** *Kasilag v. Hartford Inv. Fin. Servs., LLC*,
**Civil Action No. 11-cv-01083 (RMB)(KMW)**

*Kasilag v. Hartford Funds Management Company, LLC*,
**Civil Action No. 14-cv-01611 (RMB)(KMW)**

*Kasilag v. Hartford Funds Management Company, LLC*
**Civil Action No. 15-cv-01876 (RMB)(KMW)**

Dear Judge Bumb:

We are counsel to defendants Hartford Investment Financial Services, LLC and Hartford Funds Management Company, LLC ("Defendants") in the above-referenced litigation. At the conclusion of trial, the Court indicated that it would advise the parties of the amount of time set aside for closing arguments, which are scheduled for January 18, once it had an opportunity to review the parties' post-trial papers. For planning purposes, we respectfully write with Plaintiffs' consent to request the Court's guidance as to the length of time that each party will have for closings. The parties also request guidance as to whether the Court wishes hear argument on the *in limine* motions and, if so, how much time it wishes to allocate.

The parties appreciate the Court's guidance on this matter.

Respectfully submitted,


/s/Anthony J. Sylvester
Anthony J. Sylvester


cc: Counsel of Record (via ECF)

4815-0127-6224, v. 1