[Dkt. No. 236]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JENNIFER L. KASILAG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Civil No. 11-1083 (RMB/KMW) |
| JENNIFER L. KASILAG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY, LLP, <br><br> Defendant. | Civil No. 14-1611 (RMB/KMW) |
| JENNIFER L. KASILAG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY, LLP, <br><br> Defendant. | Civil No. 15-1876 (RMB/KMW) <br><br> **ORDER** |

This case was brought pursuant to Section 36(b) of the Investment Company Act of 1940. Plaintiffs are shareholders in mutual funds managed by Defendants Hartford Investment Financial

Services, LLC and Hartford Funds Management Company, LLP (the "Defendants").

Beginning November 9, 2016 and concluding November 16, 2016, the Court conducted a four-day bench trial. Thereafter, the parties submitted proposed findings of fact and post-trial briefs. On February 1, 2017, the Court heard closing arguments from the parties. At that time, the Court reserved judgment. For the reasons set forth in the Opinion accompanying this Order and Judgment,

IT IS HEREBY on this **28th** day of **February 2017**,

**ORDERED** that Plaintiffs' motions in limine are **DENIED** or **DENIED as moot** as set forth in the accompanying Opinion.

**ORDERED and ADJUDGED** that Judgment shall be entered in favor of Defendants and against the Plaintiffs;

**ORDERED** that the Clerk of the Court is directed to mark this case CLOSED for all purposes.

                                                s/Renée Marie Bumb
                                                RENÉE MARIE BUMB
                                                UNITED STATES DISTRICT JUDGE