# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER L. KASILAG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD INVESTMENT FINANCIAL SERVICES, LLC, <br><br> Defendant. | Civ. A. No. 11-cv-1083 (RMB/KMW) <br><br> *Filed Electronically* |
| JENNIFER L. KASILAG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY LLC, <br><br> Defendant. | Civ. A. No. 14-cv-1611 (RMB/KMW) |
| JENNIFER L. KASILAG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FUNDS MANAGEMENT COMPANY LLC, <br><br> Defendant. | Civ. A. No. 15-cv-1876 (RMB/KMW) |

## NOTICE OF APPEAL
## TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

2355641.1

Notice is hereby given that Plaintiffs Jennifer Kasilag, Louis Mellinger, Judith Menendez, Jacqueline Robinson, Courtney Russell, Dennis Russell and K.D. Kohl Trust, on behalf of the Hartford Healthcare Fund, Hartford Inflation Plus Fund, Hartford Balanced Fund, Hartford Capital Appreciation Fund, Hartford Growth Opportunities Fund and the Hartford Floating Rate Fund, appeal to the United States Court of Appeals for the Third Circuit from the final Judgment of the United States District Court, District of New Jersey, entered in this action on February 28, 2017, which dismissed Plaintiffs' Complaints with prejudice.

Dated:  March 23, 2017                           /s/Arnold C. Lakind
                                                 Arnold C. Lakind

                                                 **SZAFERMAN LAKIND,
                                                 BLUMSTEIN & BLADER, P.C.**
                                                 101 Grovers Mill Rd, Suite 200
                                                 Lawrenceville, NJ 08648
                                                 Telephone: (609) 275-0400
                                                 Fax: (609) 275-4511
                                                 alakind@szaferman.com
                                                 Counsel for all Plaintiffs-Appellants

## CERTIFICATE OF SERVICE

This is to certify that the within Notice of Appeal was filed with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system, which will automatically provide notice to the following attorneys of record, counsel for Appellees-Defendants, by electronic means:

Anthony J. Sylvester
Sherman, Wells, Sylvester & Stamelman, LLP
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932

In addition, this Notice of Appeal was served by regular mail and email upon Sean M. Murphy whose address is:

Sean M. Murphy
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, NY 10005
smurphy@milbank.com

This 23rd day of March, 2017

<u>By: s/Arnold Lakind</u>
**SZAFERMAN, LAKIND,**
**BLUMSTEIN, & BLADER, P.C.**
101 Gravers Mill Road, Suite 200
Lawrenceville, NJ 08648
Phone: (609) 275-4511
Fax: (609) 275-4511
Counsel for all Plaintiffs-Appellants

2355641.1