# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER L. KASILAG, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br><br>　　　Defendant. | Civ. A. No. 11-cv-1083 (RMB/KMW)<br><br>*Filed Electronically* |
| JENNIFER L. KASILAG, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY LLC,<br><br>　　　Defendant. | Civ. A. No. 14-cv-1611 (RMB/KMW) |
| JENNIFER L. KASILAG, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY LLC,<br><br>　　　Defendant. | Civ. A. No. 15-cv-1876 (RMB/KMW) |

## AMENDED NOTICE OF APPEAL
## TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

2374336.2

Notice is hereby given that Plaintiffs Jennifer Kasilag, Louis Mellinger, Judith Menendez, Jacqueline Robinson, Courtney Russell, Dennis Russell and K.D. Kohl Trust, on behalf of the Hartford Healthcare Fund, Hartford Inflation Plus Fund, Hartford Balanced Fund, Hartford Capital Appreciation Fund, Hartford Growth Opportunities Fund and the Hartford Floating Rate Fund, appeal to the United States Court of Appeals for the Third Circuit from: (1) the March 24, 2016 Order (Dkt. No. 181) of the United States District Court, District of New Jersey, which granted partial summary judgment in favor of Defendants and against Plaintiffs; and (2) the February 28, 2017 Order (Dkt. No. 263) entering final judgment in favor of Defendants and against Plaintiffs.

Dated:  March 29, 2017

/s/Arnold C. Lakind
Arnold C. Lakind

**SZAFERMAN LAKIND, BLUMSTEIN & BLADER, P.C.**
101 Grovers Mill Rd, Suite 200
Lawrenceville, NJ 08648
Telephone: (609) 275-0400
Fax: (609) 275-4511
alakind@szaferman.com
Counsel for all Plaintiffs-Appellants

## CERTIFICATE OF SERVICE

This is to certify that the within Amended Notice of Appeal was filed with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system, which will automatically provide notice to the following attorneys of record, counsel for Appellees-Defendants, by electronic means:

Anthony J. Sylvester
Sherman, Wells, Sylvester & Stamelman, LLP
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932

In addition, this Amended Notice of Appeal was served by regular mail and email upon Sean M. Murphy whose address is:

Sean M. Murphy
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, NY 10005
smurphy@milbank.com

This 29th day of March, 2017

By: s/Arnold Lakind
**SZAFERMAN, LAKIND, BLUMSTEIN, & BLADER, P.C.**
101 Gravers Mill Road, Suite 200
Lawrenceville, NJ 08648
Phone: (609) 275-4511
Fax: (609) 275-4511
Counsel for all Plaintiffs-Appellants

3

2374336.2