UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1653
_____

JENNIFER L. KASILAG; LOUIS MELLINGER; JUDITH M. MENENDEZ;
JACQUELINE M. ROBINSON; COURTNEY RUSSELL; DENNIS RUSSELL; DARIN
DUDEK; THE KONRAD D. KOHL TRUST by Konrad D. Kohl, III, as Trustee, on
behalf of and for the benefit of the Hartford Healthcare Fund; The Hartford Conservative
Allocation Fund; The Hartford Inflation Plus Fund; The Hartford Balanced Fund; The
Hartford Capital Appreciation Fund; The Hartford Floating Rate Fund

v.

HARTFORD INVESTMENT FINANCIAL SERVICES, LLC;
HARTFORD FUNDS MANAGEMENT COMPANY, LLC

Jennifer Kasilag; Louis Melliger: Judith Menendez;
Jacqueline Robinson; Courtney Russell; Dennis Russell;
and K.D. Kohl Trust, on behalf of the Hartford Healthcare Fund;
Hartford Inflation Plus Fund; Hartford Balanced Fund; Hartford
Capital Appreciation Fund; Hartford Growth Opportunities Fund;
and the Hartford Floating Rate Fund,
Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-11-cv-01083, No. 1-14-cv-01611, and No. 1-15-cv-01876)
District Judge:  Hon. Renee M. Bumb
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
March 8, 2018

Before: McKEE, AMBRO, and RESTREPO, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) March 8, 2018.  On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on February 28, 2017 dismissing the Petitioner's case is **AFFIRMED**.  Costs shall be taxed against the Appellant.  All of the above in accordance with the Opinion of this Court.

Attest:

s/Patricia S. Dodszuweit
Clerk

DATED: August 14, 2018